UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD JENKINS, et al.,<br>                  Plaintiff(s),<br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br>                  Defendant(s). | CASE NO. C25-1335-KKE<br><br>ORDER STRIKING PROPOSED STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' filing, which does not contain a motion, and is titled "Stipulated Protective Order." Dkt. No. 14. Therein, the parties assert "that this agreement is consistent with LCR 26(c)." *Id.* at 2. The Court disagrees. The proposed stipulated protective order does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." Local Rules W.D. Wash. LCR 26(c)(2). As such, the Court STRIKES the parties' proposed stipulated protective order (Dkt. No. 14), subject to re-filing in compliance with Local Civil Rule 26(c).

Dated this 16th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER STRIKING PROPOSED STIPULATED PROTECTIVE ORDER - 1