**Honorable Kymberly K. Evanson**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD JENKINS and SUZANNE JENKINS, husband and wife,

Plaintiff,

vs.

SAFECO INSURANCE COMPANY OF AMERICA, a foreign company,

Defendant.

No. 2:25−cv−01335−KKE

**STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND AMEND CASE SCHEDULE**

**NOTE FOR CONSIDERATION: MAY 4, 2026**

## I.    STIPULATION AND MOTION

Pursuant to LCR 7(d)(1), LCR 7(j), and LCR 16(b)(6), as well as Fed. R. Civ. P. 16(b)(4), Plaintiffs Richard and Suzanne Jenkins ("Plaintiffs") and Defendant Safeco Insurance Company of America ("Safeco") (hereinafter collectively referred to as "the Parties") by and through their counsel of record have conferred and stipulate to jointly request that the Court continue the trial date and amend the current case schedule (Dkt. No. 13) by ninety (90) days pursuant to Fed. R. Civ. P. 6 and LCR 10(g) and for good cause shown. The Parties also note that this stipulated motion complies with directions contained in both Judge Evanson's Chambers Procedures for Civil Cases and Dkt. 13 requiring the Parties to contact the Courtroom Deputy as to available, alternative trial dates prior to such filing, as such email communication and confirmation occurred on May 1, 2026.

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 1
Case No.: 2:25−CV−01335−KKE

**CLYDE & CO US LLP**
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

## II.    LEGAL AUTHORITY

### A.  Legal Standard

A case schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

### B.  Good Cause Exists to Extend the Trial Date and Remaining Pre-Trial Deadlines

The Parties represent that good cause exists for continuance. On May 1, 2026, counsel for the parties conferred to discuss the current posture and status of discovery in this matter, as well as the potential for case resolution. The Parties agreed that in order to pursue a resolution or to conduct the necessary discovery to reach a resolution, including depositions of both Plaintiffs and Safeco's representatives, the current remaining schedule would need to be extended by ninety (90) days to accommodate.

The parties have not previously requested any extension of deadlines related to this matter. Since the entry of the initial scheduling order on September 3, 2025, *see* Dkt. No. 13, the Parties have exchanged reciprocal initial disclosures, written discovery responses, thousands of pages of document production, and initial expert disclosures, and they are proceeding with diligence to schedule and complete discovery-related depositions to provide a fuller discovery record. However, during this discovery and expert retention, the parties determined additional discovery is required to assist in streamlining the issues before the Court and to better inform the Parties of the prospects of potential resolution. In anticipation of additional written discovery requests and depositions expected to be completed during the extended discovery period, the proposed

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 2
Case No.: 2:25−CV−01335−KKE

CLYDE & CO US LLP
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

deadlines set forth below ensure the Parties will have the opportunity to collect the information necessary to streamline the issues and increase the chances of resolution.

As stated above, this is the Parties' first request for a continuance of the trial date or for any other pre-trial deadlines. The Parties jointly make this request, and this extension presents no prejudice to either Plaintiffs or Safeco. Rather, this extension provides the Parties with the benefits of attempting potential resolution methods prior to proceeding with further litigation, discovery, or motions practice. At present, the Parties do not anticipate a need for continuance of any other deadlines in this matter beyond the present motion.

Because the Parties desire to attempt to resolve this matter and have been diligent in exchanging discovery thus far, good cause for a continuance exists. An amendment to the case schedule would allow the parties to have time to explore resolution and still have adequate time to conduct needed discovery if said efforts are unsuccessful. For these reasons, the Parties respectfully move the Court for, and propose entry of, an extension of ninety (90) days for all remaining case events, based upon the Court's stated availability:

| Case Event | Current Deadline | New Deadline |
| --- | --- | --- |
| JURY TRIAL SET FOR 09:30 am on | **11/9/2026** | **2/8/2027** |
| All motions related to discovery must be filed by | 5/13/2026 | 8/13/2026 |
| Discovery must be completed by | 6/12/2026 | 9/14/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 7/13/2026 | 10/13/2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 9/10/2026 | 12/10/2026 |

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 3
Case No.: 2:25−CV−01335−KKE

CLYDE & CO US LLP
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 10/19/2026 | 1/19/2027 |
|---|---|---|
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | 10/26/2026 | 1/26/2027 |
| Pretrial conference | TBD | TBD |

### III.    CONCLUSION

For the above-stated reasons, the Parties respectfully request that the Court grant their stipulated motion to continue trial and amend case schedule for good cause, as referenced herein.

RESPECTFULLY SUBMITTED this 4th day of May, 2026.

CLYDE & CO US LLP

*s/ Daniel J. Parsons*
Michael D. Handler, WSBA #25654
Daniel J. Parsons, WSBA #62819
Clyde & Co US LLP
401 Union St., Suite 1400
Seattle, WA 98101
Tel. 206-689-8500
michael.handler@clydeco.com
daniel.parsons@clydeco.com
*Attorneys for Defendant*

POLI MOON & ZANE, PLLC

*s/ Mariam W. Ahmed*
Jeffrey G. Zane, WSBA #62691
Mariam W. Ahmed, WSBA #63115
Poli Moon & Zane, PLLC
720 Seneca Street, Suite 107
Seattle, WA 98101
Tel. 512-991-3050
jzane@pmz.law.com
mahmed@pmzlaw.com
*Attorneys for Plaintiffs*

and

ROBERT D. BOHM, PLLC

*s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
Robert D. Bohm, PLLC
P.O. Box 25536
Federal Way, WA 98093
Tel. 206-463-6767
rdbohm@premisesinjurylaw.com
*Attorney for Plaintiffs*

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 4
Case No.: 2:25−CV−01335−KKE

**CLYDE & CO US LLP**
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

Pursuant to the foregoing stipulation of the Parties, the Court hereby GRANTS the Parties' Stipulated Motion to Continue Trial and Amend Case Schedule, and directs the Clerk to enter a minute order reflecting the new trial date and generate an amended case schedule.

IT IS SO ORDERED.

Dated this 6th day of May, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL AND AMEND CASE SCHEDULE – 5
Case No.: 2:25−CV−01335−KKE

**CLYDE & CO US LLP**
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX