UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD JENKINS, et al.,<br><br>Plaintiff(s),<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant(s). | CASE NO. C25-1335-KKE<br><br>DISMISSAL ORDER |

This matter comes before the Court on the parties' notice of settlement and stipulated notice of dismissal. Dkt. No. 23. The Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and without an award of attorney fees or costs to any party. The Clerk is directed to close the case.

Dated this 23rd day of October, 2026.

Kymberly K. Evanson
United States District Judge